1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 THE AMERICAN INSURANCE
COMPANY,

12
Plaintiff,

13    vs.

14 MEDICAL PROTECTIVE COMPANY, *et
al*.,

15
Defendants.

16

CASE NO. 11CV105 DMS (CAB)

**ORDER GRANTING
DEFENDANT'S MOTION FOR
RECONSIDERATION**

17      In this action for equitable contribution and indemnity, Defendant The Medical Protective

18 Company ("MPC") filed a motion for reconsideration of the September 8, 2011 Order Granting

19 Plaintiff's Motion for Partial Summary Judgment, which Plaintiff The American Insurance Company

20 ("American") opposed.   For the reasons which follow, MPC's motion for reconsideration is

21 **GRANTED**.

22      American and MPC issued professional liability policies to Shervin Erfani, DMD.  Dr. Erfani

23 was a named defendant in several lawsuits charging him with fraudulent billing practices and

24 professional negligence.  He allegedly demanded American and MPC to defend him in these actions.

25 Although MPC initially participated in Dr. Erfani's defense, it stopped participating in May 2011.

26      MPC filed an action against Dr. Erfani to rescind the extension contract endorsement to the

27 professional liability policy it issued to Dr. Erfani, which allegedly covers Dr. Erfani's claims

28 underlying this action.   Subsequently American filed this action against MPC for equitable

1    contribution and indemnity.  American alleged MPC had a duty to contribute to Dr. Erfani's defense

2    and the settlement or judgment of the lawsuits, and should reimburse American for taking on more

3    than its share of these expenses.  MPC asserted a defense of rescission, claiming it is not obligated to

4    contribute because its underlying contract with Dr. Erfani should be rescinded.

5          American filed a motion for partial summary judgment requesting a finding that MPC cannot

6    assert the rescission defense under the circumstances of this case.  The motion was granted by order

7    filed September 8, 2011.  MPC seeks reconsideration of that order.

8          Because there are genuine issues of material fact (1) whether Dr. Erfani's misrepresentations

9    were material in light of the guarantee in MPC's policy to offer an extension contract; and (2) whether

10   MPC complied with its contractual obligation to offer an extension contract to Dr. Erfani, and for the

11   reasons stated in the Order Denying Plaintiff's Ex Parte Application for Default Judgment and Its

12   Motion for Reconsideration, filed concurrently herewith in related case, *The Med. Protective Co. v.*

13   *Erfani*, U.S. Dist. Ct. S.D. Cal. case no. 09cv2833-DMS(CAB), MPC's motion for reconsideration

14   is **GRANTED**.  Accordingly, the September 8, 2011 order is hereby amended and American's motion

15   for partial summary judgment on MPC's rescission defense is **DENIED**.

16          **IT IS SO ORDERED.**

17

18   DATED:  December 5, 2011

19   _____

20                                   HON. DANA M. SABRAW
                                     United States District Judge
21

22

23

24

25

26

27

28